JEAN C. WILCOX, ESQ.  (SBN 097963)
Email address: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email address:  claudiam@hhlawgroup.com
LORI C. HERSHORIN, ESQ. (SBN 155977)
Email address: lorih@hhlawgroup.com
HERSHORIN & HENRY, LLP
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Telephone:  (949) 859-5600
Facsimile:   (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A.,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY LINE AMERICA, a California corporation, SHAHIM S. RITTER, an individual; et al.,<br><br>Defendants. | CASE NO.:  CV10-4452 DMG (RNBx)<br><br>**JUDGMENT UPON STIPULATION AGAINST DEFENDANT, SHAHIM S. RITTER, AN INDIVIDUAL [135]** |

The Court, having read and considered the Stipulation for Entry of Judgment ("Stipulation") in favor of Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A. ("FDIC-R") and against Defendant SHAHIM S. RITTER, an individual; and

Having considered also the *ex parte* application of the FDIC-R and the Declaration of Jean C. Wilcox filed in support wherein the Defendant's default in payments under the Stipulation is established; and

Finding that good cause exists therefor,

IT IS HEREBY ORDERED that judgment in the above-captioned action shall be entered in favor of the Plaintiff, FEDERAL DEPOSIT INSURANCE CORORATION, as Receiver for Downey Savings and Loan Association, F.A. against the Defendant, SHAHIM S. RITTER, an individual, in the principal sum of Fifty Thousand No/100 Dollars ($50,000.00 USD). This judgment is entered with respect to all of the claims and/or counts that are alleged in the complaint against SHAHIM S. RITTER, and, by the terms of the Stipulation, at ¶ 4.7, the judgment is not dischargeable under 11 U.S.C § 523 (a)(2)(A).

DATED: November 27, 2012

_____
DOLLY M. GEE
United States District Judge